IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. DEARMON, JR.,

        Plaintiff,                  No. CIV S-10-0201 EFB P

    vs.

A. ABEYTA, et al.,

        Defendants.         <u>ORDER</u>

                              /

       Plaintiff is confined in a county jail and is proceeding without counsel in an action brought under 42 U.S.C. §1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has submitted the required affidavit and a trust fund account statement, however, he has not submitted a *certified* copy of his trust account statement or the institutional equivalent. He may comply with this requirement by having prison officials complete the "Certificate" portion

1

of the form application for leave to proceed *in forma pauperis*.

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

DATED: February 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE